Mathew K. Higbee (Texas State Bar No. 24076924)
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste. 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6559 Facsimile
mhigbee@higbeeassociates.com

*Attorney for Plaintiff,*
ALEXANDER WILD

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ALEXANDER WILD, | Case No. |
| Plaintiff, | |
| v. | **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |
| INNOVA SUPPLY INC d/b/a SOLUTIONS PEST AND LAWN; and DOES 1 through 10 inclusive, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Plaintiff, Alexander Wild alleges as follows:

## INTRODUCTION

1.     Plaintiff Alexander Wild (hereinafter "Wild" or "Plaintiff"), brings this action against Innova Supply Inc. d/b/a Solutions Pest and Lawn ("Defendant"), with regard to the unlawful use of copyrighted images owned by Plaintiff.

2.     For the purposes of this Complaint for Damages, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of Defendants named in this caption.

3.     Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendants" shall mean all named Defendants and all fictitiously named Defendants.

## PARTIES

4.     Plaintiff Alexander Wild resides in the City of Austin in the State of Texas and is a professional photographer by trade.

5.     Plaintiff is informed and believes, and thereon alleges, that Defendant Innova Supply Inc. is a Texas corporation with a principal place of business at 2739 Pasadena Blvd, Pasadena, TX 77502.

6.     Defendant   is   the   owner   and   operator   of   the   website

https://www.solutionsstores.com/ ("Defendant's Website") which defendant uses to advertise and solicit business for its pest control and lawn care business.

## JURISDICTION AND VENUE

7.     This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, whereby the Defendants violated Plaintiff's exclusive rights as copyright owner pursuant to 17 U.S.C. §§ 106 and 106A.

8.     This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

9.     This Court has personal jurisdiction over Defendant because Defendant conducts business within the State of Texas and Defendant's acts of infringement complained of herein occurred in the State of Texas, and Defendant caused injury to Plaintiff within the State of Texas.

10.     Venue is proper pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to Plaintiff's claim occurred in this judicial district. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendant resides and has a regular and established place of business in this judicial district.

## FACTUAL ALLEGATIONS

11.     Plaintiff Alexander Wild is a professional photographer by trade.

3

Wild holds a Ph.D. in Entomology from the University of California, Davis and is Curator of Entomology at The University of Texas, Austin. Wild has licensed or sold his photographs to dozens of major media outlets such as National Geographic, The New York Times, The Washington Post, Smithsonian, Discovery Channel BBC Wildlife, Popular Science, and USA Today.

12.    Additionally, Wild has written works with respect to science photography and is the founding instructor of the BugShot Insect Photography Workshops.

13.    A library of Wild's work, including the Images, is available for licensing and/or purchase by the general public through Wild's website http://www.alexanderwild.com/.

14.    Wild is the sole author of 18 original images of various species of insect (collectively the "Images"). Wild has registered the Images with the United States Copyright Office. True and correct copies of Wild's original Images and registration information are attached hereto as Exhibit A.

15.    By virtue of his sole authorship, Wild has complete ownership rights and copyrights to the Images.

16.    On or about November 2016, Wild discovered that Defendant was using ten of his Images on Defendant's Website to advertise Defendant pest control business and products. True and correct screenshots of Defendant's

infringing uses of ten of Wild's Images are attached hereto as Exhibit B.

17.     On or about February 13, 2017, Plaintiff's counsel sent a cease and desist letter to Defendant providing evidence of Wild's ownership of the Images and requesting, *inter alia*, that Defendant remove the Images and cease infringing on Wild's intellectual property.

18.     On or about March 13, 2017, Plaintiff's counsel sent a second letter again requesting that Defendant immediately cease infringing on Wild's intellectual property.

19.     On or about March 31, 2017, Defendant's CEO Zach Colander sent Plaintiff's counsel an email stating as follows:

> "I received your letter and did my research into it. It does look like one of our outsourced content writers was taking images off [G]oogle. Internally we have a company [S]hutterstock account and policy of using only that. I am working on getting them all removed."

20.     After an investigation Wild determined that Defendant had never purchased a license to use the Images.

21.     On or about January 2018, Wild discovered an additional eight Images being used on Defendant's Website on various pages selling pest control products and services. As of the date of this Complaint, all eight additionally discovered Images are still being used on Defendant's Website. True and correct screenshots of Defendant's current infringing uses of eight of Wild's Images are attached                     hereto                     as                     Exhibit                     C;

*see       also*       https://www.solutionsstores.com/velvety-tree-ant-control;

https://www.solutionsstores.com/rover-ant-control-products;

https://www.solutionsstores.com/white-footed-ant-control;

https://www.solutionsstores.com/leaf-cutter-ant-control;

https://www.solutionsstores.com/ghost-ant-control-products;  and

https://www.solutionsstores.com/ant-control.

22.    Wild did not consent to authorize, permit, or allow in any manner the use of the Images by Defendant.

23.    On information and belief, Defendants knew that they did not possess any rights in the Images and that use of the Images was unauthorized.

**FIRST CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**Title 17 of the United States Code**
**(Against all Defendants)**

24.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

25.    Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Images.

26.    Plaintiff is informed and believes and thereon alleges that the Defendant willfully infringed upon Plaintiff's copyrighted Images in violation of Title 17 of the U.S. Code, in that it used, published, communicated, benefited through, posted, publicized, and otherwise held out to the public for commercial

benefit, the original and unique Images of the Plaintiff without Plaintiff's consent or authority, and acquired monetary gain and market benefit as a result.

27.   Specifically, Defendant used Plaintiff's Images to advertise for Defendant's pest control services in order to solicit customers through Defendant's Website.

28.   As a result of Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 if willful or up to $30,000 if unintentional pursuant to 17 U.S.C. § 504(c).

29.   As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendant.

30.   Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

- For statutory damages against Defendant in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c);
  909 F.2d 1332
- For general and special damages against Defendant according to proof together with interest thereon at the maximum legal rate;

- For costs of litigation and reasonable attorney's fees against Defendant pursuant to 17 U.S.C. § 505;

7

- For an injunction preventing Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502; and

- For any other relief the Court deems just and proper.

Dated: February 2, 2018                    Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee Esq.
Texas State Bar No. 24076924
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8349
(714) 597-6559 Facsimile
*Attorney for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff, Alexander Wild, hereby demands a trial by jury in the above matter.

Dated: February 2, 2018                          Respectfully submitted,

                                                 **/s/ Mathew K. Higbee**
                                                 Mathew K. Higbee Esq.
                                                 Texas State Bar No. 24076924
                                                 HIGBEE & ASSOCIATES
                                                 1504 Brookhollow Dr., Ste 112
                                                 Santa Ana, CA 92705-5418
                                                 (714) 617-8349
                                                 (714) 597-6559 Facsimile
                                                 *Attorney for Plaintiff*

# Exhibit "A"

## Registration Information



| | |
|---|---|
| Image Name: | clavata1j.jpg |
| Registration Number: | VAu 1-084-251 |
| Registration Date: | November 17, 2011 |



| | |
|---|---|
| Image Name: | fulva6j.jpg |
| Registration Number: | VAu1-126-461 |
| Registration Date: | December 12, 2012 |



| | |
|---|---|
| Image Name: | invicta5j.jpg |
| Registration Number: | VAu 962-461 |
| Registration Date: | January 22, 2008 |



| | |
|---|---|
| Image Name: | maricopa3.jpg |
| Registration Number: | VAu 726-486 |
| Registration Date: | September 29, 2006 |



| | |
|---|---|
| Image Name: | arizonicus5 |
| Registration Number: | VAu 726-486 |
| Registration Date: | September 29, 2006 |



| | |
|---|---|
| Image Name: | sessile19j.jpg |
| Registration Number: | VAu 1-051-375 |
| Registration Date: | December 11, 2010 |



Image Name:             fulva5.jpg
Registration Number:    VAu 1-126-461
Registration Date:      December 13, 2012



Image Name:             molesta4.jpg
Registration Number:    VAu 1-051-375
Registration Date:      December 12, 2010



Image Name:             invicta1s.jpg
Registration Number:    VAu 962-461
Registration Date:      January 22, 2008



Image Name:             Blatella5sj.jpg
Registration Number:    VAu 1-006-218
Registration Date:      November 22, 2009



Image Name:             occidentale6.jpg
Registration Number:    VAu 1-084-251
Registration Date:      November 16, 2011



Image Name:             depilis7.jpg
Registration Number:    VAu 1-084-251
Registration Date:      November 17, 2011



| | |
|---|---|
| Image Name: | difficilis3.jpg |
| Registration Number: | VAu 1-126-461 |
| Registration Date: | December 13, 2012 |



| | |
|---|---|
| Image Name: | texana20n.jpg |
| Registration Number: | VAu 962-461 |
| Registration Date: | January 22, 2008 |



| | |
|---|---|
| Image Name: | melanocephalum15 |
| Registration Number: | VAu 1-084-251 |
| Registration Date: | November 17, 2011 |



| | |
|---|---|
| Image Name: | melanocephalum61 |
| Registration Number: | VAu 1-084-251 |
| Registration Date: | November 17, 2017 |



| | |
|---|---|
| Image Name: | obscurior47 |
| Registration Number: | VAu 1-006-218 |
| Registration Date: | November 22, 2009 |



| | |
|---|---|
| Image Name: | megacephala1j.jpg |
| Registration Number: | VAu 979-301 |
| Registration Date: | December 31, 2008 |

# Exhibit "B"

Call (800) 479-6583    Mon-Fri 8am-5pm    Sat 9am-5pm          Track Order    My Account    Find a Store    Support    Shopping Cart 0

**SOLUTIONS PEST & LAWN**    Pest Control    Lawn Care    Equipment    Solutions          Search for Pest, Weed, etc.

HOME > KNOWLEDGE BASE > COCKROACHES > COCKROACH DIY PEST CONTROL

What can we help you with?          SUBMIT

## COCKROACH DIY PEST CONTROL

Bug Lady posted this on Oct 18, 2016

Cockroach Overview

Cockroaches can make even the toughest male shudder in disgust and jump up onto a chair, but in our lifetimes we will all encounter a cockroach or two and having professional tools to help you tackle them puts us well above the learning curve.

When someone realizes they have a roach problem, people automatically assume that it's because they are "dirty" people. However, this couldn't be more false. No matter how clean you keep your home or commercial kitchen, you can still very much come down with a cockroach problem.

Roaches come from the most successful evolutionary line of animals, they are meant to survive and thrive, and this is true because they are the oldest surviving insect on the planet. You've probably heard the cliche that if there were a nuclear explosion that wiped out the entire problem, cockroaches may be the only living thing that survive. It's likely true.

At Solutions Stores we can offer up a complete satisfaction guarantee that if you apply the recommended products, and follow our simple application guide you can eliminate your cockroach issues quickly and save money doing it yourself.

Cockroach Characteristics

The name cockroach originates from the Spanish language "cucaracha". The scientific name derives from the Latin name for the insect. Here's a fact that will make you recoil: there are 4,300 known species of cockroaches worldwide, and more are discovered all the time. These insects are among the most versatile insects around, being able to adapt to virtually every kind of environment and climate.

Cockroaches have six legs, two antennae and some have wings. Out of all the species that exists, only about 30 to 35 are considered pests to humans.

Regardless of the type of cockroach all cockroaches share a common behavior: they all love to forage and eat at all hours. They also enjoy wandering around discovering new habitats , foods, and water sources. The number one concern of the cockroach is eating and finding water. Roaches also enjoy being touched on all sides of their body which is while they like to hide in tight cracks and crevices. The roaches also like to do most of their foraging in the night hours and use the majority of their daylight hours in hiding or at rest.

IDENTIFICATION

Since there are so many different species we will only cover the most common ones that human beings deal with when they have pest issues. The five most common cockroaches that homeowners tend to find infesting their homes are the following:

- German Cockroach
- Oriental Cockroach
- Brown Banded Cockroach
- American Cockroach
- Smoky Brown Cockroach
- Brown Cockroach

These species are particularly frustrating because they infest homes and businesses and can multiply to uncontrollable numbers. They are also known to spread disease and cause other health issues. Because of their adaptable nature, they can resist pesticides over time making them

German Cockroach



The german roach has a world[w]ide distribution and is found in and around home, apartments, supermarkets, and anywhere that food is available. The German cockroach is sma[ll] and only about ½ inch in length. Color is pale brown and has two dark longitudinal stripes, both the male and [female] : The German Cockroach is found indoors in warm and humid areas, and will be found in areas where they have food, shelter and water. These areas are usually the kitchen and the bathroom in most structures. They tend to be attracted to warmth and can be found in electrical equipment and hiding in paper and wood materials. Egg Capsule is yellowish brown in color, ¾ inch long and deposited in sheltered areas.

**CATEGORIES**
Pest Control (31)
Lawn Care (15)
Termites (2)
Ant Control (10)
Fleas & Ticks (2)
Mosquitoes (3)
Drain Treatments Drain Flies (1)
Bed Bugs (4)
Lawn Pests (2)
Weeds (4)
Animals (2)
Flies (2)
Rodents (6)
**Cockroaches (4)**
Pantry Pests (1)
Spiders (3)

## BROWNBANDED COCKROACH



The Brownbanded Cockroach is also small about ½ inch and is brown with two lighter transverse bands across body and wings. These guys require warmth and a little less moisture than say the German Cockroach. They are found only indoors and can take harbor all through a structure from high areas as the ceilings and behind picture frames and shelves. Egg Capsule is reddish brown in color and they are about 3/16 inch in size. They will be find glued to under surfaces such as shelves, furniture and cracks and crevices.

## ORIENTAL COCKROACH



This roach is 1.25 inches in length color is dark brown or black, the female has wing pads, but neither sex flies. The Oriental Cockroach prefers dark, damp areas that are not overly hot. They can be very cold tolerant and are common outdoors, and in crawl spaces, basements, sewers, drains, around popes and in the wall voids. They feed off of decaying foods. Egg capsule is reddish brown to black and ⅜ inches long. Can be found both dropped or glued in a warm protected areas close to a food source.

## SMOKEY BROWN COCKROACH



The Smokybrown Cockroach is small with length about 1.25 inches, color is mahogany, dark brown. Both of the sexes if this roach have wings and are strong fliers. They are very common in tree stumps and loose mulch. When found in the indoors they prefer very warm, moist voids, such as the block walls and unventilated attics. These roaches are omnivorous and very strong fliers. Egg capsule is brown to black in color, large about ⅜ of an inch and will be found deposited or firmly glued to surfaces that are well protected.

## BROWN COCKROACH



1.5 inches in length and looks similar to the American Roach but they have a much broader body and color is brown to reddish. Both sexes have wings and are capable of glided flight. These roaches are common on the inside and outside, and look for warm protected areas. They will feed typically on plant material and are very common in greenhouses. Egg Capsule is brownish to black in color and about ½ inches long. They are glued to surfaces.

## AMERICAN COCKROACH



One of the larger cockroaches with length about 2.1 inches, color is brown to reddish brown and they also have wings and can fly by gliding. They prefer fermented foods, and are found indoors and outdoors. These guys are common in the sewer systems and will enter a structures from the drains and outside perimeter area. Their egg capsule is blackish brown and dropped or glued to warm, protected areas close to a food source.

## INSPECTION



When inspecting cockroaches, no matter the type, it's important to be thorough and meticulous in checking every nook and cranny in your home. Roaches are nocturnal creatures so the best time to do an inspection is at night time when they start to wander about. You probably already know this from times you wake up in the middle of the night to turn on the kitchen light and see a bevy of roaches lounging around in search of food and water and then scattering when discovered.

Roaches like to reside in areas of moisture and darkness so the bathroom and the kitchen are the main places to check. Other than inspecting roaches themselves, you can look for other evidences of where roaches gather by looking for roach droppings and roach eggs.





Roach droppings look like coffee grounds or black pepper while roach eggs look similar to little brown cases or pods.

Grab yourself a flashlight and then start checking the following areas:

- Cracks and Crevices
- Behind and under refrigerators
- Behind and under stoves
- Behind and under microwaves and toasters
- Under tops of tables
- Behind and under sinks
- Cabinets–corners and cracks and crevices
- Motors of refrigerators and soft drink dispensing machines
- Switchboxes and electrical outlets
- Under and behind cafeteria counters and soda fountains
- Cash registers
- Telephones
- Vegetable bins
- Recycling bins
- Electrical equipment that heat up like Modems, battery chargers etc.

CONTROL

So what kills those disgusting roaches? Going about it the old way of just spraying some terrible smelling department store insecticide and laying some bait around isn't going to cut it. As mentioned earlier, roaches are sophisticated and adaptable, so something that used to work in eliminating them before will not work as they develop a resistance towards chemicals.

At Solutions Stores we carry a multitude of options in the roach control section, almost every insecticide spray is labeled for use with roaches. But just because it is on the label does not mean it is the best option. We have created some easy to use and understand Roach Control Kits with proven products, these items work time and time again. You will find all levels of kit options, from small apartment size kits to larger more commercial options.

It may seem like a daunting task but don't not worry, we will be with you every step of the way to assist you in your cockroach elimination quest.

Step 1: Preliminary Sanitation and Preparation

Before you break out the products, it is crucial to make sure that you thoroughly cleanse and sanitize your home. Your roach treatment program will undoubtedly fail if this step is not carried out properly. Ideal preparation and sanitation includes eliminating all food sources and sealing off places that roaches like to hide.

- Eliminate all sources of Food and Water
  - Clean Kitchen Appliances. Roaches can survive off of grease and crumbs that have spilled in and around your kitchen appliances. Clean thoroughly under and behind your stove, fridge, microwave, toaster, dishwasher and any other appliance you regularly use.
  - Empty and Clean Cabinets. Clean out your kitchen cabinets and toss whatever clutter you do not need. Vacuum up crumbs and spills.
  - Keep Food in Sealed Containers. Roaches can easily get into the original cardboard packing of store bought foods. It is best to store food items like cereal, chips etc. in metal, glass, or hard plastic sealable containers.
  - Clean the kitchen thoroughly each night before bed. Roaches come out at night to search for food so it's very important to thoroughly clean your kitchen nightly to leave roaches with nothing to look forward to when they are out foraging. Wipe down kitchen countertops, wash all dishes and put them away, clean floors well, and put away all food.
  - Vacuum or sweep all other non-food areas of the home regularly. This is important because roaches will travel outside of the kitchen when food isn't found there. Vacuuming picks up stray crumbs and roach feces, skins, body parts, and egg sacs, which contain pheromones that attract other roaches to the same areas.
  - Keep garbage cans clean and covered.
  - Dry off any wet areas like your sinks and counters
  - Fix leaky faucets and plumbing
  - Dry off your bathroom tubs and faucets and flooring before bed.

- Eliminate Potential Hiding Spots
  - Use a caulking gun to seal all cracks and crevices
  - Close holes around pipes or other light and wall fixtures with materials such as Copper Mesh.
  - Ensure that your windows and doorframes are tight and gap free to outside entry.
  - Place tape over holes and crevices in appliances and other household items in areas that have heavy roach traffic. Computers, small appliances, etc., can all serve as hiding spots for roaches.

Step 2: Using Control Products

Once your home is totally sanitized, you are now ready to start utilizing control products to eliminate your infestation. There are several options to choose from when it comes to insecticide and baits and we here at Solutions can suggest the best one for you to use. Let's breakdown some of the best products to use for roaches.

Cockroach Baits work great and should always be the first step in your roach control protocol. Bait offers roaches a food source, something they are already looking for and require to survive. Since you eliminated all their other options through sanitation, they won't be able to resist trying out bait. Roach gel baits will work best when other food sources have been reduced and eliminated as much as possible. These are placed in areas where you are see the most roach activity which is indicated by droppings and the egg capsules. Bait is available in both syringe type application and bait stations which contains the bait inside ready to be put out in sensitive areas.

Insect Growth Regulators, are another added layer of protection and act as a type of birth control method, stopping the life cycle. This method takes times and will not cause elimination quicker than a couple of weeks. IGRs are best to use alongside roach bait.

Insecticidal Aerosols, can make easy application of insecticides in hard to reach places, such as under cabinets, plumbing penetrations, and any crack and crevices.

Flushing Insecticides, are perfect when you have a large population, such as in restaurants, apartment complexes and storage facilities. Most flushing agents are made of Pyrethrin which act as a natural irritant to insects and will kill them on contact. The con about Flushing agents is that there is no residual killing insecticide, once the spray is dried then there is no chemical left. These concentrated insecticides should be mixed and applied at the same time you spray an insecticide, and Insect Growth Regulator. Flushing Agents are also available in an aerosol spray.

Step 3: Patience, Patience, Patience

As much as we all wish we could get instant results after using all these kinds of products, the reality is that it's going to take some time to eliminate the infestation. Depending on how severe of a roach problem you have it can take anywhere from couple weeks to as long as six months to eliminate a roach infestation. Also you can't expect a one-and-done treatment. It is recommended to re-apply baits and insecticide in the troubling areas consistently until you no longer see a problem.

PREVENTION

Whew, so the roach problem is finally gone! Before you start jumping for joy, you're not quite done yet. Here's some bad news, roaches can come back if you don't take the proper preventative measures. The good news is: roaches are much easier to prevent than to get rid of. As long as you keep your home properly sanitized and clean, roaches won't be a problem for you anymore. Roach prevention almost always boils down to cleanliness. Roaches won't have anything to be attracted to if you maintain a clean home free from food and water sources.

Steps to prevention are basically identical to the steps laid out prior to treatment:
- Eliminate all food sources by keeping your kitchen and appliances crumb and grease free.
- Sweep up/vacuum and wipe down all surfaces, countertops and floors.
- Keep your bathrooms and kitchen faucets and sinks dry.
- Fix all leaks and plumbing issues.
- Seal all cracks and crevices with caulking and plug drains

Categories:   Cockroaches

Helpful  Not helpful

---



Join for discounts & promotions

your email

(800) 479-6583 

CUSTOMER SERVICE

About Us  |  Contact Us  |  Track Order  |  Customer Service

Solutions

Pest Control Guide
Lawn Care & Maintenance
Locations
Ask a Solutions Expert
Pest Products
Lawn Care Products
Equipment Products

Call (800) 479-6583 | Mon-Fri 8am-5pm | Sat 9am-5pm          Track Order | My Account | Find a Store | Support | Shopping Cart 0

**SOLUTIONS PEST & LAWN**          Pest Control    Lawn Care    Equipment    Solutions

Search for Pest, Weed, etc.

HOME › KNOWLEDGE BASE › ANT CONTROL

What can we help you with?                                                          SUBMIT

## ANT CONTROL

Bug Lady posted this on Oct 11, 2016

Ant Overview



When it comes to homes or yards, ants are the most frustrating and unrelenting pests to deal with. Besides being a general annoyance, ants have a knack for finding sources of food, and building unattractive mounds on property. Ants also are notorious for causing structural damage to buildings due to their ability to hollow out wood for nesting purposes.

One of the most well-known traits of ants is their tendency to bite when threatened. Ants such as the fire ant are known to deliver painful stings when then come in contact with humans which can leave itchy red marks that have the potential to be dangerous for hypersensitive people or those with allergic reactions.

While from a distance, ants look non-distinctive to average homeowners, there are in fact a sizable number of different species of ants who colonize within buildings and homes. Each type of ant carries their own unique characteristics. The most common home-invading ants include pavement ants, carpenter ants, odorous house ants and pharoah ants. Typically to figure out what species of ant is within your home it is necessary to require the help of an entomologist--an insect expert--or request the help of a well-informed pest control professionals.

Ant Characteristics



Ants are social-oriented insects which like to live and work together in highly-functioning colonies. The colonies are known to grow to tremendously large numbers ranging from hundreds to millions. Ants carry out various responsibilities within a colony, with different ants carrying out specific tasks. Colonies typically have one or more queens with primary function being to lay eggs. Once the eggs hatch, a white grub-like larvae emerges, eventually becoming adult "worker" ants. The workers tend to the queen, gathering food and helping breed more ants. These ants are usually the ones seen outdoors foraging for food. It is customary for worker ants to release pheromones to leave along their routes when they've found a food source to signal other workers to follow the chemical trail when they leave the nest.

During certain periods within a year, ant colonies produce swarmer ants. These are winged ants who are assigned to mate and create new colonies. When a swarm of ants are discovered within a home it is usually a sign that a nest is present. While the probability is low for swarmers establishing new colonies inside of buildings, it can be quite alarming to spot these winged ants indoors, where they are often mistaken as termites.

Swarmer ants can be distinguished from termites by looking at their bodies. While termites have broad waists, winged ants have a pinched waist. Another way to tell the difference between the two is by looking at the antennae. Ant antennas are usually bent or elbowed whereas termites have straight antennae.

Ants are a particularly challenging insect to control because their nests versatile and can be set up both indoors or outdoors. Indoor nesting ants usually set up shop inside homes and buildings because they have discovered access to a food or water source.

Types of Ants:

Acrobat Ants



Named after their tendency of acrobatically raising their abdomen above their head, especially when threatened, the acrobat ant are a common ant in the United states and have several species of acrobat within their family. Acrobat ants are known to give off an unpleasant odor when they are disturbed.

### CATEGORIES

Pest Control (31)
Lawn Care (15)
Termites (2)
**Ant Control (10)**
Fleas & Ticks (2)
Mosquitoes (3)
Drain Treatments Drain Flies (1)
Bed Bugs (4)
Lawn Pests (2)
Weeds (4)
Animals (2)
Flies (2)
Rodents (6)
Cockroaches (4)
Pantry Pests (1)
Spiders (3)

Acrobat ants tend to nest near water sources outdoors such as under woodpiles, stones or in rotting logs. Indoors ants often make their nests in damp areas like behind siding where there is foam sheathing. They also tend to nest in wood that has been damaged by termites or carpenter ants, pushing out galleries set up by other insects. This debris is often misdiagnosed by homeowners as the result of termites.

Acrobats normally eat insects and honeydew, which is a sugary excretion by sap-feeding insects like aphids. Inside homes, acrobat ants prefer sweets and meat.

## Allegheny Mound Ant



Have a reddish head and thorax. Their legs and abdomen tend to vary from dark brown to black. While they do not sting, allegheny mound ants can bite if their mound in intruded upon. When disturbs these ants give off a unique formic acid odor.

Worker ants have a habit of making galleries and tunnels underground with some tunnels extending as deep as 1m (3ft) into the soil. While digging, these workers gather the dug up soil to make their mounds which can reach a whopping 5m (16ft) in diameter, especially older nests found in wooded areas and field.

Their nests are usually set up in wooded areas, fields and pastures. They have also been reported living on playground sets and residential lawns in suburban areas. These type of ants typically do not enter homes but worker ants do often search for food on decks and patios.

Like the Acrobatic ant, Allegheny mound ants eat insects and honeydew produced by the sap-feeding aphid. The workers protect aphids to preserve their honeydew food source.

## Argentine Ants



Argentine are between light to dark brown and measure between 2.2 to 2.8 mm. They have have 12 segmented antennae.

Argentine are an adaptable species of ant and can habitate in various settings. Their colonies are among the largest of all ants, usually containing hundreds of queens. Nests typically are found in soil that is damp, under buildings or wood, along sidewalks or in mulch.

Male argentine ants hatch from the queen ant's unfertilized eggs and live short lives, merely mating with the queen to grow the colony before dying. Argentine ants love to invade human dwellings and can quickly create a large infestation known to populate entire city blocks with their massive network of interconnected colonies.

## Army Ants



The head of the army ant has eyes, mouthparts and antennae. Their mouth consists of two jaws, or mandibles, which look scissor-like. Adult army ants are unable to eat solid food and can only drink liquids

Named for their talent of killing every insect or small animal that comes across them and for migrating in large tandems, the Army ant is described as being nomadic in their lifestyle and being group predators. These ants dwell in temporary nests, seldom making underground burrows like other ant species.

During their migrations, the army ants carry their queen ant by forming a hammock with their legs and mandibles and march on killing any insect, snake, spider or lizard that dares cross their path. Animals do their best to stay out of the way of these ravenous army ants when they spot them marching.

## Bigheaded Ants



There are multiple species of bigheaded ants found primarily within the United States. Depending on the different species, bigheaded ants can range from yellow to dark reddish-brown in color.

Colonies of bigheaded ants have two types of workers: major and minor. The major workers have very massive heads in comparison to the rest of their bodies which is where they get their name. The primary objective of these major workers is to guard the colony, defending it against intruders. Minor workers are half the size of the major workers and work to feed the colony and look after the immature ants as well as participate in nest construction. Minor workers are larger in number to major workers in colonies.

Bigheaded ants usually nest in the ground under logs and rocks. Occasionally they build mounds around the nest opening. Often entering homes in foundation cracks, they forage inside houses for food.

Outdoors, these ants feed on insects and honeydew while indoors they look to consume high protein foods. They often leave trails between their nest and their food source for other worker ants to follow.

Black Velvety Tree Ant



Velvety tree ants measure about one-quarter of an inch in length and their thorax is reddish-brown in color while the abdomen is a velvety black which is how they got their name.

Most commonly found in California, velvety tree ants may be found in other western states in mountainous and hilly regions. They nest outdoors in dead and rotting wood and are commonly associated with dead limbed trees.

The Velvety tree primarily feeds off of honeydew produced by aphids and scales that infest trees. Workers that go out foraging for food tend to invade homes during their search and set up nests indoors usually in wet, rotting word or wall voids that are moist. Velvety tree ants do bite people who are working out in the yard near their homes.

Bullet Ants



Named because of their terribly painful stings has been described as being shot by a bullet, the bullet ant is the largest type of ant in the world typically growing up to an inch long and is either red or brown in color.

Bullet ants typically nest in the base of trees. Luckily, bullet ants do not live in North America but they can be encountered if you visit a zoo or travel abroad, particularly in Central or South America.

Carpenter Ant



Carpenter ants are commonly black, though some species of carpenter ants have a reddish or yellowish hue. Ranging between 3.4 to 13mm long, these ants are among the biggest ants in the United States.

Carpenter ants can live either indoors or outdoors, in moist areas where there is decaying or hollowed wood. They form galleries in wood grain and provide passageways for the colony to move into different sections.

While Carpenter ants do not consume wood, they do feed on a variety of human food, particularly sweets and meat. Signs of an infestation is usually indicated by would shavings mixed with body parts of dead ants being left behind which signals ant nesting activity.

Cornfield Ants



While their name indicates these ants are only found in cornfields, the cornfield ant can set up nests in lawns, under stones, brick or sidewalks or in rotting wood. Cornfield ants vary in size, between 1/10th of an inch to ¼ inch long. Ants can be black, brown, red or a combination of all these colors.

Cornfield ants primarily feed on honeydew, nectar and seeds as well as insects. Sometimes these ants will enter homes in search of food like sweets but they are not known to nest inside a home or in the structure.

Crazy Ants



Known for its erratic and aimless movement when disturbed, Crazy Ants stand out from other ants because their legs and antennae are longer in proportion to the rest of their bodies. Crazy ants are not known to burrow or form mounds, making them difficult to control. Crazy ants have a tendency to be attracted to industrial sites and residential homes and are notorious for damaging electrical and computer equipment.

Crazy ants are known to be invasive environmental pests and can be easily transported. They are known to be found in shipping containers. Crazy ants difficult to control on account of their versatility with living indoors and outdoors. They are able to forage long distances away from their nests making it difficult to pinpoint where their colony is located.

### Fire Ants



Named for their painful stings which feel like a burning sensation, fire ants are usually reddish in color and can grow between 1.6 to 5 mm. Fire ants tend to create nests with visible mounds with large colonies which can have up to 250,000 workers. Fire ants are known to be an aggressive ant and when threatened will sting any intruding animal repeatedly.

Fair ants are omnivorous ants known to eat meat, insects and sweet materials as well as plants and seeds. The fire ant is not native to North America but was imported to the US via cargo shipment in the 1930s. Now the fire ant is a common pest in particularly the southern part of the United States.

### Ghost Ant



With its name being derived from the pale color of its legs and abdomen which makes it vary hard to see, the ghost ant are tropical ants that reside in Florida primarily due to the heat and humidity. In Northern states, these ants have survived by residing in heated buildings and greenhouses.

Ghost ants eat honeydew collected from sap-feeding insects like aphids and sweets when indoors. These ants usually make their homes in flowerpots, inside wall voids and behind baseboards when indoors. The colony usually divides into several nests both indoors and outdoors making them tough to control.

### Harvester Ants



The harvester ant is usually found in the west in high altitudes. Normally red in color, the harvest ant can range between 6.5 to 10 mm long. The three most-common types of harvester ants—the red, western and California collector ants—each have unique tendencies, ranks and assignments. Unlike other ants which infest indoor structures, harvester ants avoid going indoors, preferring to set up nests around gardens or lawns which as a result destroys vegetation.

The red harvester ants are known to be very aggressive and deliver a painful sting which can cause allergic reactions due to their poisonous, YES, poisonous venom. Signs of an infestation is normally indicated by depleted vegetation and large mounds.

### Honey Ant



Also known as honey pot ants, these ants are named as such because of their ability to store a large amount of food in their bellies to the point that their abdomens swell to enormous levels. This food he carried by the worker ants (known as "repletes") to feed the entire colony once they return to the nest. Repletes store food to provide nutrition for the colonies especially when food is scarce in the desert, acting as refrigerators for the entire colony.

Honey ants are usually found in hot dry desert areas and feed on the nectar of flowers during the rainy season. They also eat small insects. The honey ant is native to Mexico and can be found in the southern United States.

### Large Yellow Ant



Also known as Citronella ants because of the lemony smell they give off when they are crushed, the Large yellow ant nest in soil, under logs and inside of crawlspaces. They can also make nests under porches and sidewalk slabs.

Indoors, these ants nest in areas of high moisture or wooded areas that have been damaged by termites. If homeowners see these citronella ants invading a home it could be an indication that there is a moisture problem inside that needs to be resolved.

Citronella ants feed on honeydew they get from insects feeding on plant roots. These ants often become a problem when the winged ants leave the colonies to mate. The ant is commonly found in areas of New England toward the pacific northwest and also in Southern Florida and Mexico.

### Leaf Cutting Ants



Leaf Cutter Ants originate in the USA and can be found in the Eastern and South Central parts of Texas as well as in western Louisiana. These ants are rural and agricultural pests so are not normally found in urban areas and cities.

Because of their tendency to remove foliage from plants, leaf cutter ants are notorious for damaging vegetation, resulting in millions of dollars in crop losses. Leaf Cutting Ants do not use tree leaves as food but rather chew it into a pulp-like material that becomes a fungus, which they then use to feed the colony.

Leaf Cutter Ants prefer areas of high moisture like drainage ditches, streams and creek beds. They form unique mounds in the shape of a large funnel.

Little Black Ants



Little Black Ants are names as such because well, they're little and they're small, about 1/16th of an inch. These pests have an unevenly rounded abdomen and 12 segmented antennae. They are most easily identified by their shininess. They are Native to North America and are widespread in rural and urban areas of the United States.

Little Black ants normally live outdoors and build their nests in dark, protected areas under rocks, rotting wood, dead trees and even lawns and gardens. If they live indoors they set up their nests inside of woodwork, wall voids, baseboards or under carpeting.

Mating season is usually in the summer months between June and August where colonies grow quickly. Bait is the best way to eliminate these ants. Ants will feed on bait placed on their foraging trails and return to the colony to spread the bait, killing the colony.



Odorous house ants have dark brown or black bodies and an unevenly shaped thorax. They are called odorous ants because of the emission given off when crushed which is best described as smelling of rotten coconut.

Odorous ants can be found both indoors and outdoors. Indoors, they have been found nesting in the walls or beneath the floor and usually invade buildings during rainy weather. Odorous ants forage day and night and move in trails. Outdoors they enjoy honeydew while indoors they eat meats, sugary food, dairy products, vegetables and fruit juices.

Colonies are reproduced through swarming ants leaving the nest to mate and establish a new colony which occurs in the summer months. These ants do not sting or bite but they can easily contaminate food supply inside the home.

Pavement Ant



Pavement Ants vary between light brown and black and have appendages lighter than the rest of the body. They can nest outdoors in cracks of pavement, giving them their name, but they also can be found under stones or along cubs. Indoors they nest in walls and beneath flooring.

Pavement ants feed on a variety of food, from honeydew and and seeds to meats, grease and insects. They forage for food to feed the colony and set up trails to food sources from their nests. Pavement ants are non-aggressive but they can become a nuisance when foraging for food and invading places like the kitchen or patio.

Pharoah Ant



These small ants have light yellow bodies with red and black markings along their abdomen. Pharoah ants are known to live in buildings during the winter, taking advantage of heating systems. They can also infestate food service areas. Hospitals have also had trouble with ants due to their tendency to spread disease and contamination when they find their way into sterile equipment and rooms.

Pharaohs can build nests in walls, cabinet voids, in refrigerator insulation and in undisturbed dark areas.

Pyramid Ant



The pyramid ant is named as such because of a pyramid-shaped marking they have on top of their thorax. The antennae have 12 segments and have two species, one of which is bi-colored with a red head and thorax and a black abdomen. They are commonly found in the southern United States.

Pyramid ant are generally outdoor yard ants and rarely become building pests. Infestations generally occur when the ants are foraging in search of food. Nests are usually constructed in soil and they create mounds. These buds feed on a variety of foods but particularly enjoy sweets. While they rarely forage indoors, they can be found commonly on patios, porches and decks.

**Rasberry Crazy Ant/Tawny Crazy Ant**



Variation of the Crazy ant (see above). First discovered in 2002 in Florida by Tom Rasberry, hence the name.  Recognized by their Rapid and erratic movements.

- Reddish-brown in color
- Small, measuring about 1/8-inch in length
- The body is scattered with long, coarse hairs
- Males and females have wings; however, males rarely fly and females shed their wings after mating

**Small or False Honey Ant**



Unlike the Honey Ant described above, this type of ant is referred to as the "False honey ant" for its appearance being similar but not quite like the honey ant. These ants are commonly found in the United States and parts of Canada.

Like the honey ants the false honey ants are fed to the point that their abdomens swell, but unlike the honey ant they swell with fat and not sugar. This overfeeding produces a glandular secretion which is produced as the main food for the year for the workers.

These ants are inactive during the summer months but return to activity during cold weather. They are one of the few ants specialized in foraging in the cold and can even forage during near freezing temperature.

**Thatch Ant/Field Ant**



Depending on the species the Field ant, which is sometimes also called the Thatch Ant, ranges between 4 to 8 mm and can come in yellow, red, black or a combination of black and red.

Belonging to the Formica genus, field ants make nests in the ground in lawns, parks, fields and gardens and make mounds with the soil they dig from under the ground. Field ants do bite when disturbed and can spray formic acid while they bite which can be painful.

Field ants eat honeydew from aphids and are also attracted to meats. Unlike other ants, the field ant do not usually invade homes but their worker ants will often hunt for food on patios and porches.

**Thief Ant**



Thief ants are one of the smallest of ants measuring between 1.5 to 2.2 mm long. With 10 segmented antennae, their colors range from yellowish to brown which may make them mistaken for Pharoah ants.

Their name is derived from the habit the ants have of stealing pupae and larvae from other colonies. They are omnivorous and like to eat food high in protein and greasy foods. They are small enough to enter food packing, making them a special concern in the kitchen. Outside they forage for dead insects and rodents which makes it possible to transmit pathogens from an outdoor food source onto human food.

Thief ants nest in rotting wood or soil but they can also nest indoors in small crevices, under countertops or behind baseboards.

**Tramp Ant**



Commonly found in the Gulf Coast region, the Tramp ant originates from Africa but were introduced into the United States through import business. It derived its name because of the ants knack for being easily stowed away in things being transported by humans.

Not an aggressive invader of indoor structures, the tramp ant can commonly be found along sidewalks, in flowerbeds and in and around building foundations and rotting wood. The tramp ant primarily feeds on insects and are omnivorous, feeding on fruits, vegetables, meats and grease indoors.

**White Footed Ant**



First identified in Florida in 1986, the white footed ant has become a nuisance in the Florida area after being imported by accident from Japan. The white footed ant resembles the Crazy Ant and Odorous House ant but can be easily distinguished by their tarsi (section at the end of their legs) which are a very light yellow or yellowish white, hence the name.

White-footed ant colony are very large with an average colony carrying a range of between 400,000 to well over 1 million ants. This puts food at a premium and as a results these pests forage over a wide range of different food sources. Typically, these ants show up at food sources in large numbers.

White footed ants are unique in that worker ants do not store or regurgitate or share food with the rest of the colony, making bait treatment an ineffective way of eliminating the ant population.

How to Guide

Identification:

Identifying what type of ant you are dealing with is the crucial first step in eliminating the infestation. If you can, try to take a close up photo of one of the ants and see if you can detect it's qualities and compare them to the images we have of the different ant species in our Types of Ants section.

If you're having trouble you can call or email us here at Solutions and send us the photo you took and we can identify quickly what type of ant you're dealing with and it's typical nesting habits.

Inspection

Once you have identified the ant species and are aware of their nesting habits, its time for inspection.A common mistake made by DIY pest controllers is only spraying ants they see. This approach is flawed in that ants who are discovered foraging for food is only a small segment of the colony population. There are usually thousands of additional ants who lay unseen inside of the nest. Eliminating the queen ants and other colony ants hidden within nests is instrumental to ensure proper ant control.

The best strategy for effective ant control depends upon both the type of ant infestation and whether the ants are nesting indoor and outdoors.

ANTS NESTING INDOORS

The interior of buildings provide ants with a plethora of options when it comes to nesting sites. Some preferred areas include spaces between walls, inside appliances and beneath window and door frames. Beneath floors or concrete slab are also savory areas for nesting. The reason being is that these areas are often hidden, enclosed spaces making it difficult for their precise location to be pinpointed. Insecticide baits are especially useful when the location of the nest cannot be found.

The main advantage in using baits is that ants looking for food take the insecticide back to their nest to feed the queens and other colony members which would destroy the entire colony as a result. Most baits come pre-packaged with a food attractant mixed with the insecticide.

It is best to place baits wherever the ants have been seen, preferably inside their usual ant trails. When ants are seen around the bait areas it is recommended to NOT spray them because this will hurt the effectiveness of the bait because the entire point is to get the ants to take the bait back to the nest to spread it around.

ANTS NESTING OUTDOORS

Ants spotted inside the home may actually be residing outdoors and are merely traveling inside the home in search of food sources. It is recommended to trace ants back to the point where they entered from outside which may be along a window sill, a crack in the wall or underneath an entrance door.

Paying particular attention to cracks, seams and crevices to see if ants go through them is also important and when treating your home it would be wise to seal these openings with a caulking agent.

When a below ground nest is discovered, the colony can be treated with liquid insecticide or a pyrethroid insecticide. If a colony is particularly large, it may require a larger amount of liquid to move the insecticide throughout the entirety of the nests network.

To find ant nests, track down the ant trails. Ants release a chemical pheromone along their routes to and from a food source so other ants can easily follow the trail.

Indoors, you should inspect along the carpet edges, doors, windows and throughout your kitchen by watching where ants go once they have detected a food source.

Outdoors, inspect the perimeter of your home and any areas of vegetation. Follow the trail of the ants to find the nest.

Control

Once you have identified what type of ant infestation you have and have inspected their nesting areas and their trails you can then move forward with controlling the ants and eliminating them. This can be tricky because ants are very opportunistic. Before setting bait or praying, there are some preliminary steps that must be done to set the tone for the control treatment. This includes indoor and outdoor sanitation, cutting off the food and water sources that have been attracting ants.

Preliminary Step 1: Eliminating Indoor Food/Water Sources

Eliminating any traces of food is a vital part of eliminating ants; if they can't find food, they won't forage indoors. Thoroughly cleaning your home, particularly the kitchen, will take some hard work but will ensure that your living space will be ant-free.

- Clean the kitchen thoroughly every night. Ants come to eat at night when you are asleep so before going to bed it's crucial that you leave the place spotless. Clean kitchen appliances, wipe down countertops, sweep and mop floors and behind the fridge. Take the garbage out nightly and have a cover for your trash bin.
- Clean All Your Kitchen Appliances. Microwaves, toasters, under your fridge, the dishwasher and around and under the sink. This will eliminate crumbs and food spills.
- Fix any Leaks In Your Kitchen and Bathroom Anything that is dripping over has moisture must be taken care of immediately.

- Vacuum and Sweep your Floors and Carpet Often. Not only will this eliminate food but can also remove pheromone sources that attract ants like ant body parts, feces or egg sacs.

Preliminary Step 2: Gather Neccessary Ant Control Products

After your home has been thoroughly cleaned it is time to gather the required products to eliminate your ant infestation. The recommended method of effectively getting rid of ants requires a combination for both bait and sprays.

**PLACE LINKS TO RECOMMENDED ANT CONTROL PRODUCTS HERE**

For Ants Living Inside the Home:

1. Set bait out along the ant trails you detected when inspecting ant activity. You may see a lot of ants arrive to approach the bait. DO NOTHING, let them take the bait back to their nest to share with the colony.
2. Eliminate all entry points using either caulking or sealant.
3. Clean around the entry points with a cleaning detergent to remove the scented trails set by the ants.
4. If a nest is found indoors, spray it with our insecticide.

For Outdoor Nesting Ants:

1. Seal outdoor cracks and crevices with caulk to eliminate entrances into your house.
2. Find the ant nest and spray with insecticide
3. Create an ant barrier by spraying insecticide along the entry points and around the entire perimeter of your home.
4. Spot treat areas of your lawn and outside your home

Prevention

After treatment, keep a clean house to deter ants from coming inside your home to forage. Sweep up crumbs, wipe up food spills and take out the garbage regularly. Use disinfectant sprays afterwards and keep things dry so there no moisture to attract ants.

Caulk and seal holes and crack and spray possible entry points with insecticide. Once spray dries, it leaves an invisible film that repels ants from entering the home.

Make sure to trim trees and bushes near your home and replace/remove water damaged or rotted wooden parts in your homes exterior.

Categories:  Ant Control

Helpful   Not helpful



## Join for discounts & promotions

your email

**(800) 479-6583**

  

**CUSTOMER SERVICE**

About Us  |  Contact Us  |  Track Order  |  Customer Service

## Solutions

Pest Control Guide
Lawn Care & Maintenance
Locations
Ask a Solutions Expert
Pest Products
Lawn Care Products
Equipment Products

# Exhibit "C"



SOLUTIONS PEST & LAWN | Pest Control | Lawn Care | Equipment | Info

Search By: Product - Pest - Weed - Active...

HOME | PEST CONTROL | ANTS | VELVETY TREE ANT CONTROL

## HOW TO CONTROL VELVETY TREE ANTS

Have you ever enjoyed a warm summer day in the park and decided to lay a blanket out to have a picnic with family beside the shade of a tree only for it to be ruined by trespassing ants? Those uninvited guests may very well be velvety tree ants which are notorious for being territorial and aggressive. Velvety tree ants, as their name suggests, like to reside in or on trees but they can get comfortable around your home if the conditions are right for them and they can become an irritating pest.

Velvety tree ants are red on their top half and a shiny black in color in their abdomen which is where they get "velvety" part of their name from. Velvety tree ants share a similar characteristic with the Odorous House ant in that, when crushed, they emit an unpleasant odor. They are also on the larger side compared to other ants reaching almost an inch long.

Velvety tree ants like to nest in areas where there is moist wood and in the crooks of trees, and often they are able to gain access to a house while on a tree via a branch that is touching the house. Like most ants, velvety tree ants have a great appetite from anything sweet or protein based. They mostly eat insects like aphids and honeydew but when food is scarce they will wonder into human dwellings when foraging.

Velvety tree ants are biters and can attack you while you're doing yard work. On top of biting, they also inject a poison which can be quite painful and is comparable to a scorpion sting. If you have velvety tree ants on your property, it would be best to get started on a control program to get rid of them. Find all common ant solutions here.

## HOW TO GET RID OF VELVETY TREE ANTS: 3 STEP SOLUTION

Treating velvety tree ants is not the easiest task, especially if the colony is nesting inside of trees. Their nests are usually located far above the ground. Velvety tree ants which have set up nest indoors may be more treatable since they are usually found in wall voids and moist areas. Solutions Pest and Lawn has the tools necessary to get rid of velvety tree ants and we will share with you the steps we recommend if you want to tackle this problem the DIY way.

Step 1: An effective way to treat velvety tree ants starts with a good inspection. We suggest starting your examination from the outside and work your way indoors. If you spot an ant, don't kill it, but rather, observe the ant and see what trail it goes on. If you are persistent, the ants may lead you to the colony or nest. Nests set up outdoors may likely be set up in or around a nearby tree.

Step 2: If you happen to find the colony or nest, treat the ant colony via drench method, using an insecticide like Reclaim IT or Sylo Insecticide. If the nest is indeed inside a tree, spray the trunk and branches thoroughly.

Step 3: Indoors we recommend focusing in on the interior walls of your home as well as cracks and crevices by applying Fipro Foaming Aerosol. We recommend combining your this indoor treatment with D-fense Dust. The unique thing about dust is that it repels moisture which is good to use in high water areas.

Step 4: Preventative measures must be taken to ensure rover ants don't return. This includes implementing measures such as: reducing moisture by fixing leaks, thoroughly cleaning your home (particularly the kitchen) to clear up crumbs and grease, sealing up cracks and crevices with caulk, clearing off debris and firewood from your home and trimming trees that touch your home.

Browse our recommended products for treating velvety tree ants below. You can call, email or live chat with us online any time you wish if you have any questions or concern or would like free advice or recommendations.

Why buy these products? | 👍 Entomologist Recommended | #1 Choice of Pest Management Professionals | Tested & Approved | 💯 Guaranteed Success

    

    

**D-Fense Dust**
$15.99
Waterproof insecticide dust
★★★★★

**FiPro Foaming Aerosol**
$25.99
Fipronil Aerosol - Indoor Approved
★★★★★

**Sylo Insecticide**
$53.99
Fast knockdown
★★★★★

**Reclaim IT Insecticide**
$49.99 to $179.99
100% Guaranteed - Made in Texas
★★★★★

**Ant-Trax Ant Gel Bait**
$19.99 to $44.98
100% Guaranteed - Imidacloprid Ant Gel Bait
★★★★★

I Support online - Chat now



## Join for discounts & promotions

your email ✉

(800) 479-6583

  

**CUSTOMER SERVICE**
About Us | Contact Us | Track Order | Customer Service


Secure shopping made faster. Shop without retyping payment details.
PayPal

## Solutions

Pest Control Guide
Lawn Care & Maintenance
Locations
Ask a Solutions Expert
Pest Products
Lawn Care Products
Equipment Products

Copyright © Solutions Pest & Lawn. All Rights Reserved. | Privacy | Terms & Conditions


4.8 ★★★★★ Google





Call (800) 479-6583    Mon-Fri 8am-5pm    Sat 9am-5pm    Track Order    My Account    Find a Store    Support    Shopping Cart

**Pest Control    Lawn Care    Equipment    Info**

Search By: Product - Pest - Weed - Active...

HOME / PEST CONTROL / ANTS / ROVER ANT CONTROL

## HOW TO CONTROL ROVER ANTS

One of the most common and problems that can occur in a home is an infestation by Rover ants. Unlike other species of ants, control of this type of ant can be particularly difficult to control because of its adaptability and resistance to most pesticides.

Rover ants are very small and can range from pale blond to dark brown in color. They look slightly different from other ants in that they have 9 segmented antennae and an uneven thorax.

Outdoors, rover ants can be found on the soil and tend to set up nests under mulch, in places of heavy vegetation such as gardens as well as rotting wood, under rocks or potted plants. Rover ants are able to easily enter through home by traveling through pipes, cracks, windows and doors or by climbing over tree branches close to the home. Indoors, they are common in areas that are high in moisture, such as bathrooms or around plumbing and water heaters as well as kitchens.

If your home has become infested with rover ants, Solutions Pest and Lawn can equip you with the professional grade products and knowledge to eliminate the infestation yourself. Keep reading below to learn the best recommended products for rover ant control and the best strategy to tackle these nuisances.

### HOW TO GET RID OF ROVER ANTS: 3 STEP SOLUTION

Treating your home or place of business for rover ants is not as simple as purchasing an insecticide product and spraying it around and calling it a day. Rover ants respond well to basic ant treatments and can develop a tolerance that will render treatments ineffective. As frustrating as they may be, there is a way to approach rover ants that will effectively eliminate them. By following the steps we laid out below you can get rid of rover ants all by yourself.

Step 1: Locate areas of high ant activity. This will require a very thorough inspection of your home and yard. Examine closely any rover ants that are traveling about and make note of the trails they are on. If you have the time, you can even follow the ant until they head back to their highly concentrated activity areas and possibly their nesting site. If the trail isn't made obvious, use a harmless bait like peanut butter and wait for ants to come to it and you will then notice their ant trail. If you happen to find the colony or nest, treat with an insecticide like Reclaim IT. Use a hose end sprayer to apply to highly active areas.

Step 2: If you don't have the time to invest to find the ant colony or it's hard to find, you can try to eliminate rover ants through baiting. What we recommend is a sugar-based sweet bait such as Ficam or Advance Dual Choice.  Indoors we recommend using Terro. Please allow up to 2 weeks to see results with baiting since baits are slow-acting but it is almost always more effective than spraying indoors because the ants have time to take the bait back to their colonies to share it and poison the population.

Step 3: You can use a non-repellent spray like Fipro to create a barrier around your home to aid in keeping ants out of your home.  Apply in voids, cracks and crevices. Spray in areas where baiting is not practical.

Step 4: If the bait is successful in eliminating the rover ant population, you will still need to take proactive measures to ensure they don't return. This includes implementing preventative measures such as: reducing moisture by fixing leaks, thoroughly cleaning your home (particularly the kitchen) to clear up crumbs and grease, sealing up cracks and crevices with caulk, clearing off debris and firewood from your home and trimming trees that touch your home.

Browse our recommended products for treating rover ants below. You can call, email or live chat with us online any time you wish if you have any questions or concerns or would like free advice or recommendations.

  Why buy these products? — Entomologist Recommended —  #1 Choice of Pest Management Professionals —  Tested & Approved —  Guaranteed Success



**Terro PCO Ant Bait Stations**
$1.01
Liquid Ant Bait - Easy to Use




**Advance 360A Dual Choice Ant Bait Stations**
$6.99
Dual Choice bait matrix




**Ficam Insect Bait**
$2.99 to $96.99
Weather Resistant Granular Bait




**FiPro Foaming Aerosol**
$25.99
Fipronil Aerosol - Indoor Approved




**Reclaim IT Insecticide**
$49.99 to $179.99
100% Guaranteed - Made in Texas




**Ant-Trax Ant Gel Bait**
$19.99 to $44.98
100% Guaranteed - Imidacloprid Ant Gel Bait




### Join for discounts & promotions

your email

(800) 479-6583

  

#### CUSTOMER SERVICE

About Us | Contact Us | Track Order | Customer Service

Secure shopping made faster.
Shop without retyping payment details.

### Solutions

Pest Control Guide
Lawn Care & Maintenance
Locations
Ask a Solutions Expert
Pest Products
Lawn Care Products
Equipment Products

Copyright © Solutions Pest & Lawn. All Rights Reserved.    |    Privacy    |    Terms & Conditions



Call (800) 479-6583   Mon-Fri 8am-5pm   Sat 9am-5pm     Track Order   My Account   Find a Store   Support   Shopping Cart 0



**SOLUTIONS PEST & LAWN**   Pest Control   Lawn Care   Equipment   Info     Search By: Product - Pest - Weed - Active...

HOME > PEST CONTROL > ANTS > WHITE FOOTED ANT CONTROL

## HOW TO CONTROL WHITE FOOTED ANTS

Among the toughest species of ants to control, the white-footed ant has become a rising problem in the southern United States, particularly in Florida. The reason that they are hard to control is because colonies of white-footed ants have many reproductive queens which can make up nearly half the colony if left to their own devices. This can make their population grow to massive proportions and be a pain in the neck for homeowners.

First identified in Florida in 1986, the white-footed ant has become a nuisance in the Southeastern states of Florida, Louisiana and Georgia area after being imported by accident from Japan. The white-footed ant resembles the Crazy Ant and Odorous House ant but can be easily distinguished by their tarsi (section at the end of their legs) which are a very light yellow or yellowish white, hence the name.

White-footed ant colonies are very large with an average colony carrying a range of between 400,000 to well over 1 million ants. This pups food at a premium and as a result, these pests forage over a wide range of different food sources. Typically, these ants show up at food sources in large numbers.

If you are dealing with white footed ants on your property, you're going to want to implement an effective control program before their numbers get out of hand. Solutions Pest and Lawn can deliver to you premium products designed to eliminate white footed ants on your property and can also give you helpful advice for you to perform DIY ant control effectively.

### HOW TO GET RID OF WHITE FOOTED ANTS: 3 STEP SOLUTION

White footed ants are unique in that worker ants do not store or regurgitate or share food with the rest of the colony, making bait treatment an ineffective way of eliminating the ant population. However, there are alternative ways to tackle this troublesome pest which doesn't involve baiting. At Solutions Pest and Lawn we have the tools necessary to get rid of white footed ants and will share with you the steps we recommend if you want to tackle this problem the DIY way.

Step 1: An effective way to treat white footed ants starts with a good inspection. We suggest starting your examination from the outside and work your way indoors. Outdoor ant colonies created by white-footed ants may be obvious but if they are not, observe ants and the trails they go on and hopefully they may lead you to where they are concentrated. If you happen to find the colony or nest, treat the ants using an insecticide like Reclaim IT with a hose end sprayer.

Step 2: Indoors you can use a combination of spray and dusts to treat trespassing white footed ants. We recommend using a non-repellent spray like Reclaim IT or an aerosol spray like Fipro Foaming Aerosol for cracks and crevices. Be sure to spray entry points, and around cracks and crevices and along floorboards and baseboards to keep the population from growing. Places where liquids cannot reach, apply dust via a hand duster. We recommend D-Fense Dust but we have plenty of other options which are effective.

Step 3: Once the white footed ant problem has been eradicated, you can help keep them from re-invading by carrying out regular sanitation as well as putting in place some habitat modifications and exclusion measures to make your home less appealing to white footed ants. This can be done by: reducing moisture by fixing leaks, thoroughly cleaning your home (particularly the kitchen) to clear up crumbs and grease, sealing up cracks and crevices with caulk, clearing off debris and firewood from your home and trimming trees that touch your home.

Browse our recommended products for treating white footed ants below. You can call, email or live chat with us online any time you wish if you have any questions or concern or would like free advice or recommendations. We will be glad to assist you.

Why buy these products?   Entomologist Recommended   #1 Choice of Pest Management Professionals   Tested & Approved   Guaranteed Success


**D-Fense Dust**
$15.99
Waterproof insecticide dust



**FiPro Foaming Aerosol**
$25.99
Fipronil Aerosol - Indoor Approved



**Hose End Sprayer**
$8.99
For Broadcast applications


**Reclaim IT Insecticide**
$49.99 to $179.99
100% Guaranteed - Made in Texas



**Ant-Trax Ant Gel Bait**
$19.99 to $44.98
100% Guaranteed - Imidacloprid Ant Gel Bait




### Join for discounts & promotions
your email

**(800) 479-6583**

#### CUSTOMER SERVICE
About Us | Contact Us | Track Order | Customer Service


Secure shopping made faster. Shop without retyping payment details. PayPal

## Solutions
Pest Control Guide
Lawn Care & Maintenance
Locations
Ask a Solutions Expert
Pest Products
Lawn Care Products
Equipment Products

Copyright © Solutions Pest & Lawn. All Rights Reserved. | Privacy | Terms & Conditions

 4.8 ★★★★★ Google Customer Reviews



Call (800) 479-6583    Mon-Fri 8am-5pm    Sat 9am-5pm                    Track Order    My Account    Find a Store    Support    Shopping Cart 0



Pest Control    Lawn Care    Equipment    Info

Search By: Product - Pest - Weed - Active...

HOME › PEST CONTROL › ANTS › LEAFCUTTER ANT CONTROL

## HOW TO CONTROL LEAFCUTTER ANTS

An ant infestation can be annoying for the average homeowner, but there are other ant species which can be devastating to those who are in the agricultural industry or growing a garden. One particular ant that can be a threat to plant life are Leafcutter Ants. Leaf cutter ants get their name due to their habit of cutting into leaves and carrying pieces of leaves around. Leafcutter ants are known to damage residential areas but are also considered an agricultural pest and do a lot of damage to vegetation when they infest areas in heavy numbers. High populations of leaf cutter ants have the ability to defoliate plants in the span of a day day and have lead to annual decreases in plant yield, hurting the agricultural economy.



There are only two species of leaf cutter ants in the United States and the majority of them are prevalent in the southern parts of the United States Like Louisiana and Texas as well as in western states like southern California and Arizona. Leafcutter ants prefer to live in warm areas, and unlike other species of ants, leafcutter ants cultivate and feed on fungus within their nests.

While leaf cutter ants are usually a problem in rural and agricultural areas they can also travel to urban areas and be a problem for homeowners because of their ability to rapidly defoliate lawns and gardens.

If you have a problem with leaf cutter ants on your land, the experts at Solutions Pest and Lawn can help equip you to take care of your pest problem the DIY way with our top of the line chemical control products and our free helpful advice.

Why buy these products?    👍    Entomologist Recommended    #1 Choice of Pest Management Professionals    Tested & Approved    Guaranteed Success



### Bifen LP Granules
**$29.98**
Insecticide Granules - Compare to Talstar




### Surrender Fire Ant Killer
**$16.99**
Easy to Use - Economical




### Reclaim IT Insecticide
**$49.99 to $179.99**
100% Guaranteed - Made in Texas




### Ant-Trax Ant Gel Bait
**$19.99 to $44.98**
100% Guaranteed - Imidacloprid Ant Gel Bait


## HOW TO GET RID OF LEAFCUTTER ANTS: SOLUTIONS 4 STEP PROCESS

When dealing with a persistent ant like the leafcutter ant, it's best to have a multi-pronged approach to achieve the best possible results. Solutions Pest & Lawn recommends a combination of baits, granules, and sprays for controlling Leaf cutter ants along with carrying out regular sanitation and exclusion measures to make your property less welcoming to Leaf cutter ants. Follow these simple steps and your leafcutter ant problem will be a thing of the past.

**Step 1:** Inspect your home and the area around it thoroughly. Look in particular for defoliated areas or large holes in leaves and plant life. Inspect leaves, shrubs and other plants for stripped leaves. These will indicate areas of high leaf cutter ant activity.

**Step 2:** Seek and destroy the leafcutter ant nest or colony. Once nesting sites or ant colony is located, treat them with Surrender Fire Ant Killer. This product is a dust and can be sprinkled and used to create a barrier around any entry holes found on the ground. This is a non-repellent product and works great in exposing ants to the product and killing an entire colony.

**Step 3:** Once the nest has been treated, there are likely many ants still out foraging. We recommend spraying Reclaim IT around the entire property. Make sure to focus your spraying primarily on vegetation to prevent reinfestation. You should also use Bifen LP granules as a complementary product to tackle any other wandering ants. Spread the granules on your lawn using a granule spreader.

**Step 4:** Leafcutters rarely if ever venture on indoors but they can be an occasional invader. You can also use the same insecticides listed above or a broad spectrum spray to create a barrier around your home and to spray any leaf cutter trails you have noticed. Leafcutter ant trails can be relatively easy to spot as they look like a worn path of bare ground.

## OVERVIEW OF LEAF CUTTER ANTS

With soldiers, workers and even a specialized garbage crew, leafcutter ants maintain a complex society. They form massive colonies with potentially as many as five to ten million workers and they can defoliate a mature eucalyptus tree entirely overnight. They get their name from their habit of cutting leaves and other plant parts from a variety of plants.

In states like Texas where they are quite prolific, leaf cutting ants damage weeds, grasses, fruit trees, blackberry bushes and many other fruit, nut and ornamental plants as well as several grain and forage crops.

Leaf cutter ants are often regarded as the planets first farmers. What's surprising about the leaf cutter ant is that they actually don't eat the leaves they cut down. In fact, they use them to grow a fungus garden which becomes both their food and living space. They keep their fungus garden well maintained with bacteria on their body. Bacteria on the body of a leaf-cutter ant keep harmful microbes from damaging the fungus. The antibiotic-producing bacteria appears as a whitish coating on the body. The bacteria they use are actually related to the bacteria that humans get antibiotics from.

Wherever leaf cutting ants are plentiful, it can be nearly impossible for plantlife to grow and survive because of how efficient they are in tearing down plants, grasses and other foliage. In such sites where they are prevalent, plants such as pine seedlings often are destroyed within a few days unless the ants are controlled before planting.

Due to leaf cutter ants only preferring to eat the fungus from the gardens they cultivate most conventional ant baits, including sugar- or oil-based baits are ineffective against them.

## HOW LEAF CUTTER ANTS LOOK

Leaf cutter ants are a rusty to dark-brown in color, and workers from the same colony vary greatly in size, ranging between 1/16 to 1/2-inch long. The queen leaf cutter ant is about 3/4 inch long. Leaf cutter workers can be distinguished from other ants by the three pairs of prominent spines on their back (thorax) and one pair of spines on the back of the head. There are several different species of leaf cutter ant including the Texas leaf cutter ant.

The leaf cutter ant colony can have as many as four or five queens, each of which are constantly churning out eggs to grow the colonies population. The eggs then develop into cream-colored larvae which can range between 1/4 to 1/2-inch long when fully developed.

The leaf cutter ants mandibles are serrated like a steak knife to make the cutting more efficient. However the way the leaf cutter ants use it, its more like a turbo powered chainsaw that a lumberjack would wield. It's not just leaves that leaf cutter ants like to cut into with their vibrating 1,000 times per second, leaf cutter ants will happily slice, dice and julienne flowers as well if it grows and can be carried back to their nest.

## LEAF CUTTER ANT LIFE CYCLE

Reproductive ants of the leaf cutter species would begin mating in the summertime. nights during April, May and June. In areas where there is heavy rain, swarms of leafcutter ants can occur sooner in the spring.  Queens will then begin to establish nests under the soil with the first bit of the fungus garden they enjoy.

Once nymph ants develop into workers, they get right to work on finding and bringing back leaf and plant fragments back to the nest to add to the fungus garden. Size is no object to these micro musclemen as their job is to strip trees and plants of their foliage and carry it on their backs to their nests and they do this with frightening efficiency. The path back to the nest becomes a veritable ant superhighway and woe be to just any insect who gets in the way.

Individual colonies can exist for years. Where there is plentiful food to go around, colonies can expand to contain over 2 million ants. Leaf cutter ant colonies are frequently seen along roadsides, in open fields, in brush land or forestland where soils are deep, well drained sand or loam.  These colonies can be surprisingly large, ranging between 50 to 80 feet long. The size of the colony usually depends on the age of the colony and food factors. In areas where infestations are particularly heavy, it is difficult to decipher where one leaf cutter ant colony ends and a new colony starts.

## DAMAGE CREATED BY LEAF CUTTER ANTS

The foliage destruction by leaf cutter ants can look similar to the damage caused by other insects which chew on plants. Trees cut into by the leaf cutter ants usually are located close to the ant nest and the ants can often be seen carrying leaves to and fro.

Extensive damage to a targeted plant can occur in a few hours. Small- to medium-sized trees can be stripped in overnight. Wherever leaf cutter ants are prevalent, plant life in the area can be severely compromised and at risk of being stripped away.

## CONTROL OPTIONS FOR LEAF CUTTER ANT

Controlling  leaf cutter ants is no easy task. While plants can be protected temporarily using dust or granular formulations of contact insecticides, like acephate (Orthene 97 Soluble Insecticide) or permethrin (Terro PCO), such treatments must be re-treated quite often. Also, plant applications do little to eliminate the underground nest. The large size and complex system of leaf cutter ant nests makes it difficult to obtain good control with dust, liquid or granular insecticides. Because these ants eat only the fungus they cultivate, they do not respond to most conventional ant baits, such as those labeled for fire ants.

When using bait, apply bait according to label directions while ants are foraging. Ant activity in the treated colony will reduce over a 4 to 6 week period. However, about half the time activity will return in 4 to 6 months, requiring a second application of the bait.

Before using any chemical, we recommend that you READ THE INSTRUCTION LABEL and follow all instructions and safety precautions. Avoid chemical contact with skin. Wash exposed areas with generous amounts of soap and water. Store chemicals away from human dwellings in locked cabinets and out of reach of children and pets.



Browse our Leaf cutter ant control products. If you have any questions or concerns call or email us or chat with us live online and we will be happy to help you.

**Join for discounts & promotions**

your email

(800) 479-6583

**CUSTOMER SERVICE**

About Us  |  Contact Us  |  Track Order  |  Customer Service

Secure shopping made faster. Shop without retyping payment details.

**Solutions**

Pest Control Guide
Lawn Care & Maintenance
Locations
Ask a Solutions Expert
Pest Products
Lawn Care Products
Equipment Products

Copyright © Solutions Pest & Lawn. All Rights Reserved.   |   Privacy   |   Terms & Conditions





Call (800) 479-6583 | Mon-Fri 8am-5pm | Sat 9am-5pm   Track Order   My Account   Find a Store   Support   Shopping Cart 0

**SOLUTIONS** PEST & LAWN    Pest Control   Lawn Care   Equipment   Info    Search By: Product - Pest - Weed - Active...

HOME › PEST CONTROL › ANTS › GHOST ANT CONTROL

## HOW TO CONTROL GHOST ANTS

An ant infestation can be quite creepy to have but one type of ant invasion that's particularly creepy is an invasion of Ghost ants. Ghost ants get their name due to their tiny size and that fact that they have pale legs and bodies which makes them tough to see. These ants can disappear and reappear without homeowners noticing which can be even more ghost-like.

Ghost ants are originally from the tropical areas of the world (most likely Africa or Asia) but in recent years have appeared in the southeastern part of the United States. The way they got here most likely through hitching a ride on boxes, crates, and other household goods being shipped from overseas. In northern parts of the country, Ghost ants have been known to survive only in buildings that are sufficiently heated or in greenhouses.

The Ghost ant diet consists of honeydew collected from insects which feeds on plants such as aphids. When they venture into indoor dwellings in search of food, they usually target various sweets.

If you have a problem with Ghost ants on your property, there are ways to eliminate this spooky pest. Whether you're looking for control products or free advice from DIY experts, Solutions Pest and Lawn has everything you need to get rid of ghost ants the right way.



Why buy these products? | Entomologist Recommended | #1 Choice of Pest Management Professionals | Tested & Approved | Guaranteed Success



**Bifen LP Granules**

$29.98

Insecticide Granules - Compare to Talstar





**Advance 360A Dual Choice Ant Bait Stations**

$6.99

Dual Choice bait matrix



**FiPro Foaming Aerosol**

$25.99

Fipronil Aerosol - Indoor Approved





**Terro PCO Liquid Ant Bait**

$12.99 to $61.99

Ultra-sweet attractant lures ants quickly



**Reclaim IT Insecticide**

$49.99 to $179.99

100% Guaranteed - Made In Texas





**Ant-Trax Ant Gel Bait**

$19.99 to $44.98

100% Guaranteed - Imidacloprid Ant Gel Bait



## HOW TO GET RID OF GHOST ANTS: SOLUTIONS 4 STEP PROCESS

Controlling ants, especially ones as sneaky and hard to see as the ghost ant, can be quite difficult without a solid plan of action. To achieve the best possible results, you will need a multi-faceted plan which tackles the infestation in more than one way. We here at Solutions recommend a combination of baits, granules and sprays for controlling ghost ants along with carrying out regular sanitation and exclusion measures to make your home less welcoming to ghost ants. Below are some simple steps we put together for you to follow when addressing this problem pest.

**Step 1:** Every good ant control program starts with a thorough inspection. When it comes to ghost ants, you need to start your inspection outdoors and then work your way indoors. Pay particularly close attention to the soil and check underneath objects like rocks and firewood for ant colonies. Examine the ants themselves to make note of their trails and runways. Indoors, ghost ants can be found along walls and voids, and around wherever there is dampness and moisture like plumbing areas or around potted plants.

**Step 2:** Destroy ant nesting sites. Once nesting sites are located treat them immediately by applying an insecticide such as Reclaim IT Insecticide. Spray to the point of drenching the nest, the insecticide will then work to kill the entire population. Make sure to keep pets and children away until the treated area has been dried.

**Step 3:** Once the nest has been treated, there are likely many ants still out foraging. We recommend using granules such as Bifen LP Granules to take care of the remaining outdoor population by treating the perimeter of your property.

**Step 4:** For ants that have made their way indoors, we recommend using baits over sprays. Try a slow-acting bait like Terro PCO Liquid Ant Bait. Please be patient during this process and allow the bait time to do it's job. We recommend at least waiting two weeks and then checking if the ant activity has been reduced.

Browse our ghost ant control products below. If you have any questions or concerns call or email us or chat with us live online and we will be happy to help you.

## LEARN MORE ABOUT THE GHOST ANT

The ghost ant (scientific name: Tapinoma melanocephalu), is an ant species was first discovered on US soil in the late 1800's and since then it has been growing in prominence in the United States, spreading in the 1990s. The most common state it is found in are the states of Hawaii and Florida, most likely due to the tropical climate, where it has been elevated to being a key pest.

In the Northern regions of the United States, infestations are primarily in greenhouses or other buildings the we conditions are favorable for ghost ant survival. While it's not entirely confirmed where the ghost ant is native, the ghost ant is believed to be a tropical species from Africa or Asia where conditions are ideal. Because of the ghost ants wide distribution, it is not entirely for certain where exactly they originated.

## GHOST ANT DISTRIBUTION

The ghost ant are classified as a type of ant species known as "tramp ants" which are largely spread out in tropical and subtropical regions around the world. At one point, Tapinoma melanocephalum were one commonly known as the "tramp ant." Their common name was believed to have changed to "ghost ant" because of its conspicuous appearance, which consists of an almost transparent abdomen and legs.

Ghost ant colonies have been reported to be found in isolated locations as the Galapagos Islands. In more mild climates, the ghost ant is reported to have been present in greenhouses and other buildings which resemble tropical conditions with sufficient heat and humidity for the ghost ants to thrive.

Ghost ants can be found in Northern regions with more frigid temperatures such as Winnipeg, Manitoba, Canada. Ghost ant populations and infestations are reported in many areas of the United States, as well as in Canada, Puerto Rico and areas in the Caribbean.

The ghost ant is most prominent in Florida and Hawaii, but since the 90's they have expanded their reach, moving into Texas, most likely through the port of Galveston via cargo shipments from Florida and has steadily spread throughout the contiguous United States.

## GHOST ANT APPEARANCE

Ghost ant workers are very tiny, ranging between 1.3 to 1.5 mm long, and are all one-sized or monomorphic. They have 12-segmented antennae with the segments gradually thickening towards the tip. The ghost ant head and thorax are a darker brown color while the legs and the abdomen being a pasty white or nearly clear looking color. They have a spineless thorax.

Their small size along with their almost opaque appearance make ghost ant workers difficult to see, which is why they were coined as "ghost ants"

## GHOST ANT BIOLOGY AND TENDENCIES

The ghost ant is extremely versatile in where it chooses to nest. Ghost ants can have habitats either inside or outside. Colonies may be moderate to large in size containing numerous reproductive queens. Generally, the colonies occupy areas which are too small or unstable to support entire large colonies. Some examples of ghost ant habitats include areas of dead but slightly damp grass, plant stems, and similar areas. Indoors, the ant can nest inside a wall void or spaces between cabinets and baseboards. It will known to reside and nest in potted plants. Colonies are often divided into subsites rather than one large area where all are centrally located and given ants will actually move between these areas via pheromone trails they leave for easy traveling.

Ghost ants very commonly infest homes and areas around homes. Multiple queens may be dispersed in multiple subcolonies. Usually, nesting occurs in disturbed areas, in flower pots, under objects on the ground, under loose bark. Indoors, ghost ants nest in small spaces such as cracks, spaces between books, or wall voids. Indoor ghost ants often go foraging outside for food.

New colonies are believed to be developed by a process known as budding. This takes place when one or more queens, accompanied by multiple workers and possibly some developing ants (larvae and pupae) leave an established colony for a new nesting site. Nesting habits of the ghost ant are strikingly similar to that of the pharaoh ant

Ghost ant workers have the tendency of running rapidly and erratically when threatened or agitated. They enjoy eating honeydew and insects which consume or excrete honeydew. Ghost ants feed on both dead and live insects. When workers are found trailing, their movement is more slow and deliberate. On close inspection some trailing workers can be seen carrying ghost ant larvae and pupae. They will enter structures from nests near foundations or from plants that come in contact with the structure.

In Costa Rica, it is reported that Ghost ants were sharing their nest with jumping spiders (Araneae: Salticidae) located on the undersides of leaves.Their relationship was apparently of mutual benefit (or symbiotic). The spiders provide the ants with protection from predators and parasites, while the ant nest is used as a foundation for building webs.

## RISE TO PROMINANCE

The ghost ant is quickly becoming a common household pest and is becoming one of the most notorious of the ant species. Ghost can invade houses from outside as well as nest inside the house. Although the ghost ant feeds upon many different household food items, they appear to have a particular affinity for sweets and have been seen feeding on sugar, cakes, and syrups. Outdoors, the ant workers forage for dead insects and assist sap-sucking insects (such as aphids), collecting honeydew from them.

## HOW TO INSPECT FOR GHOST ANTS

Ghost ants can be easily detected due to its unique appearance and small size. Ghost ants can be spotted scavenging in kitchens and bathrooms on sinks, counters, and floors. When crushed, the workers emit an odor similar to that of rotten coconuts.

The ghost ant is in the same genus as the odorous house ant. However, the ghost ant is smaller and colored differently since the odorous house ant is dark brown or black top to bottom.

The Pharaoh ant is also similar to ghost ants but ghost ants can be distinguish by their one node on its pedicel compared to two on the pedicel of the Pharaoh ant. Other bi-colored, one-node ants either tend to be much larger or the node on the pedicel is visible from above.

## TIPS ON CONTROLLING GHOST ANTS

The best approach to eliminating a ghost ant infestation is sanitation. Any type of food or food crumbs can be majorly attractive to ghost ants and a reason they will stick around. We recommend keeping food sealed in tight containers. Remove plants that can attract ants and also control on aphids, whiteflies and other plant dependent insects which secrete honeydew. Reduce moisture issues, including any plumbing leaks.

If it is feasible, we recommend closely observing a pack of ghost ants and follow their trail back to the nest and treat the nest. Indoor colonies nesting within voids can be controlled with baits while outdoor foragers can be controlled via a insecticide barrier treatment (such as Reclaim IT) which will keep them out. Treating their ant trails with bait such as Ant-Trax is also very effective. Simply lay it out, let the ghost ants carry on doing their thing undisturbed and then check after a couple of days to see if ants have been feeding. If not, place the bait elsewhere.

Generally, control is not necessary except where it becomes a nuisance in the home or in greenhouses. If control is a must, Solutions Pest & Lawn has a number of fantastic products which can sufficiently eliminate the ghost ant invasion







Call (800) 479-6583    Mon-Fri 8am-5pm    Sat 9am-5pm      Track Order    My Account    Find a Store    Support    Shopping Cart 0

Pest Control    Lawn Care    Equipment    Info      Search By: Product - Pest - Weed - Active...

HOME › PEST CONTROL › ANTS

## HOW TO CONTROL ANTS

Ant control is a very tricky thing. Depending on the type of ant there are multiple ways of treating them. An ant infestation will always originate from the exterior of a home so the first step to ant control is ensuring you always have a protective barrier treatment around your home or business. You can achieve this with either insecticide granules in the yard or liquid barrier sprays around the foundation, windows, doors, and plumbing/electrical. You will also want to ensure that no vegetation is touching the siding of the home and creating a bridge for the ants to cross over.

Follow the steps below for the fastest and most effective method of ant control. We sell thousands of ant kits a year through our stores and have tested every method possible. If it works in the buggy Southeast, it will work everywhere.

Preliminary Work: Locate the source of the infestation. Typically you will have two sources. There will be an exterior colony which branched off and took up residence in your home or business. Look inside for signs of the infestation. These can include frass (powdered wood) trailing ants, water damage, etc. If you are having trouble locating the infestation source please give us a call at (800) 479-6583 and we can walk you through the process





Why buy these products?    Entomologist Recommended    #1 Choice of Pest Management Professionals    Tested & Approved    Guaranteed Success

Carpenter Ants    Crazy Ant Control    Argentine Ant Control    Odorous House Ant Control    Ghost Ant Control    Rover Ant Control    Asian Needle Ant Control    Velvety Tree Ant Control

White Footed Ant Control    Bigheaded Ant Control    Pavement Ant Control    Fire Ant Control    Pharaoh Ant Control    Little Black Ant Control    Leaf Cutter Ant Control    Little Yellow Ants








**Bifen LP Granules**
$29.98
Insecticide Granules - Compare to Talstar
★★★★★

**FiPro Foaming Aerosol**
$25.99
Fipronil Aerosol - Indoor Approved
★★★★★

**Reclaim IT Insecticide**
$49.99 to $179.99
100% Guaranteed - Made in Texas
★★★★★

**Guaranteed Ant Control Kit**
Starting at $19.99
100% Guaranteed Ant Control Indoor and Outdoor

**Ant-Trax Ant Gel Bait**
$19.99 to $44.98
100% Guaranteed - Imidacloprid Ant Gel Bait
★★★★★



## HOW TO GET RID OF ANTS: SOLUTIONS' 4 STEP PROCESS

Identify the type of ant you are dealing with. Sometimes ants are confused with termites and there are big implications when determining treatment method. To know for sure you have ants, look closely at the body of the insect and you will see three distinct body sections, the head, abdomen, and thorax. If you see 3 sections you can be sure it is an ant. We have specialized treatment methods for each but typically our standard method works. If you are wanting an ant identification, send a good photograph with a size reference (generally a dime or a pencil will work) to identification@solutionsstores.com and we will email you back with the exact species and how to treat it.

Step 1: If you haven't already, apply an insecticide barrier on the exterior of your structure and in your yard. This can be achieved either with Bifen LP or with Reclaim IT. Make sure all vegetation is trimmed back from the building so you do not get ants sneaking in that way. All of this is to ensure that you are preventing re-infestation after treatment.

Step 2: On the interior of the structure, locate problems areas and apply our nonrepellent aerosol concentrate, FiPro, to all cracks and crevices where you are having issues. We use a non-repellent specifically because the ants will not know the product is there and will track the chemical back into the nest, killing the rest of the colony.

**Step 3:** Finally, apply Ant-Trax Gel Bait to all areas where you are seeing an active infestation. The most important thing to remember (and tell everyone in the house/building) is that bait requires the ants to eat it. No one should touch or disturb feeding ants or the bait will not be effective. This includes killing or cleaning the areas for at least 5 days. You want them to eat as much as possible.

**Step 4:** After 7-10 days you will see a 100% reduction in ant population and you may clean up the bait from the areas. If there are still ants feeding then leave the product there until 100% of the trails are gone. If there are stragglers and you have followed this guide, please let us know and we will send you a FREE contact flushing aerosol to quickly kill the stragglers. We do not recommend this off the bat as you can relocate the colony if you flush the workers out right away.

**Read More:**

## SO, YOU HAVE AN ANT PROBLEM AND YOU NEED TO KNOW HOW TO GET RID OF ANTS?

One of the most frustrating problems you can have as a homeowner is an ant infestation and trying to figure out how to kill the ants. You can't walk around barefoot, your house constantly looks dirty, and you're scared to cook for fear that the tiniest crumble will just attract more of the little ant black demons. Not to mention the discomfort of knowing that ants are living inside your walls and under your floors. And, it's not just indoor ants that are the problem—outdoor ants can be equally as menacing. Just think about how much destruction a Carpenter Ant can cause when given the proper moisture. Imagine trying to enjoy a family barbecue or cocktails on the patio, and then being interrupted by hundreds of tiny ants trying to storm the food table. Infuriating, to say the least.

It's disheartening when you can't seem to get rid of ants in your home. No matter how many DIY ant control remedies you try to concoct, you can't permanently drive the ants out. Well, you're not alone. Americans all over the country experience the same problem and are looking for home ant control that will solve their ant problem.

Some common types of ants found in homes are Pharaoh ants, Rover Ants, Little Black Ants, Carpenter Ants, Odorous House Ants, Crazy Ants, Argentine Ants and Fire Ants—however, many other species exist. In fact, there are over 10,000 different species of ants all over the world, and they can infest anywhere, anytime. Ants are the number one reason why homeowners all across the nation call pest control services.

Because ants live in colonies, if you see even just a few ants, you know that there are more to come. And, their population grows rapidly, so a small ant problem can grow into a big one quickly. Their numbers can grow even into the millions, and then the ants will establish satellite colonies to help support their growing numbers, which only spread their infestation throughout the rest of your house. So what can you do to prevent these ants from taking over your house, your backyard, and your life?

## SOLUTIONS PEST & LAWN WANTS TO HELP YOU SOLVE YOUR ANT PROBLEMS

Luckily, there's an easy solution to your big ant problem and we can help you with ant elimination. Here at Solutions Pest & Lawn, we want to help you get rid of those ants quickly, efficiently, and inexpensively. And, you can do it yourself, which means that you're not spending thousands of dollars on exterminators that might not even get the job done correctly. We are ready to assist you with ant control in the form of our professional grade ant control products and expert knowledge to teach you how to kill ants.

We offer a variety of professional quality ant control products baits, sprays and ant killers and killers directed at targeting ants and removing them from your home. We have sprayers, baiters, foams, dusts, gels, and everything in between that you could use to terminate the ant population residing in your home. Our high-quality products are sure to get the job done well. For instance, our Reclaim IT Insecticide can guarantee that it will kill 100% of your ant population—how many other products do you know of that offer a 100% guarantee?

Our expert staff can help you through every single step of the of the home ant control process, from ordering your equipment to clean-up when your ants are finally gone. We even sell convenient kits that will give you all the necessary tools to complete your DIY pest control.

See what our other Do It Your Self Pest Control Customers Have to say about our ant control kits.

## OUR ANT CONTROL KITS WILL FIT YOUR NEEDS

The ant control products we carry are the same professional products used by exterminators. All our products are unique in their own way and some benefit certain situations more than others. For instance, ant control dust products are great to use if you're trying to drive ants out of cracks and corners, because it can reach all the nooks and crannies. Dust is meant to sit for long periods of time always ready to kill the ants that come across the path of the insecticide dust.

Gel repellants, like Optigard Ant Gel Bait are great for spot control and outdoor pest control. This gel, in particular, is environmentally friendly, which is perfect for the eco-friendly customer. Aerosol sprays can be used on ant trails, but are better used in cracks and crevices like dust, because spray can also get into corners and hard to reach places. Making you an Ant eliminator! Bait stations are ideal if you want a "set it and forget it" solution—they'll collect and kill thousands of ants without you having to lift a finger. Our wide variety of products will help get rid of all those pesky home ants, whether they are inside or outside your home.

We offer ant control products that are great for every family. For instance, one reason many customers are hesitant to treat their ant problem with chemicals is because of their curious dogs and cats that can be hurt by many different chemical solutions. Parents also worry that their young children will get into the ant control chemicals and end the night in the emergency room. However, Solutions Pest & Lawn offers a variety of pet and child safe ant control products, like our "Taurus SC Termiticide Fipronil" or our "Advion Ant Bait Arena Stations." The "Advion Ant Bait Arena Stations" are also odor free, so you don't have to wear a breathing mask in your own home. We teach you how to keep your family and pets safe, how and where to apply your ant killer, no matter which route we decide to go.

## PREVENT FUTURE ANT INFESTATIONS:

Once your ant situation is under control, it's important that you take the necessary steps to prevent the ants from ever coming back. For indoor infestations, make sure that you clean and sanitize your cupboards—inside and out. Bacteria can grow inside cabinets, which attracts all kinds of pests, not just ants. Also, after you have finished cooking, make sure you sweep or vacuum all of the food that may have spilled on the floor. While it's a minor inconvenience, food scavenging is one of the main reasons ants enter your home in the first place, and if you remove the food, you remove their motive. Also, if perishable food items are going to be stored in the pantry, it wouldn't hurt to put them into airtight glass and plastic containers. Cardboard boxes can be chewed through and broken into easily by pests, which only give them a way to get to food. Besides, who wants to open up a box of their favorite box of crackers to find ants? Not so appetizing.

While it may seem like ants belong in the great outdoors, if they infest your backyard, it could mean problems for your great indoors in the future. That's why if ants are anywhere close to your home, garage, office building or any other building, you should effectively treat the area with ant control products, baits and repellants. To be sure that the ants don't get into your home by treating all doorways, electrical openings, basement wells, attic openings, and windows with the same insecticide spray for ants, non-repellant is best, such as Phantom Insecticide, you used on your outdoor ants colony. Additionally, ants are attracted to certain kinds of vegetation, such as peonies, which you should avoid planting in your yard if you have had problems with ants in the past. To be sure that the ants don't get into your home by treating all doorways, electrical openings, basement wells, attic openings, and windows with the same repellant you used on your outdoor colony. Additionally, ants are attracted to certain kinds of vegetation, such as peonies, which you should avoid planting in your yard if you have had problems with ants in the past.

If you do happen to find ants in your food or your pet's food, or in your backyard, do your best to figure out which type of ant it is, so that you can effectively treat your home. Some ways to distinguish between ants is to see which kinds of food items they are attracted to, their coloring, size, and body shape. Researching these ants is vital because you'll be able to buy the best ant control product for when you know more about the actual problem. Solutions Pest & Lawn offers products that can help with any and all ant infestations, so no matter the ant, we can run it out of your home.

WE KNOW WHAT WE ARE DOING

At Solutions Pest & Lawn, we take the time to know about our products. We know exactly what will be the best for your business, and we have products for every budget. Whether you're a stay at home mom who is trying to keep ants out of the kitchen sink, a business owner who noticed ants around the office, or a professional who's looking for supplies to treat ants in customers' homes, Solutions Pest & Lawn has the best ant control products and killers for you.

CONTROLLING AN ANT PROBLEM

Indoor and outdoor ant infestations can prove to be a frustrating and challenging pest to eradicate - but with expert advice and industry leading ant control products. DIY pest control can be effectively completed at your home or commercial building. Ants are one of the most common household pests, with over 10,000 species across the globe. Ants are social, similarly to termites, in that they live in colonies that promote population growth. In a short time period, colonies can multiply to reach the millions, and satellite colonies can begin to establish in order to accommodate, spreading the infestation issues. So it is very important to use the correct house and control products, and let us at Solutions Pest & Lawn teach you how to kill ants like a professional.

Outdoor ant infestations could potentially be an indication of indoor infestation issues in the future and should be correctly identified and treated, especially if close to your home, garage, office building or any other indoor structure. In addition, precautions should be taken outdoors to avoid the potential for indoor issues. Ensure all breaches to the inside of the home are sealed, as electrical and plumbing entrances, as well as attic and basement access points, may provide easy means for ants to relocate indoors. Avoid planting certain types of plants near structures, such as peonies, as they attract record numbers of the species.

For the indoors, ensure surfaces, cabinets and floors are kept clean and free of ant food sources. Inspect your own and your pet's food products for ants, and work diligently to identify the ant type, in order for the most effective treatment. Some ants can be attracted to sweet items, while others have different preferences. But always remember that we are here to help you with your ant control needs, and we can teach you to how to kill ants like a professional, we have been doing it for over 30 years, and we know our stuff!

BE AN ANT ELIMINATOR!

Buy an array of ant control products - including kits that provide all of the necessary tools to eradicate an ant issue, indoors or outdoors. We also provide assistance in ant identification and source issues that may further assist in controlling the ant population and ultimate infestation. Common ants are Pharaoh ants, Thief Ants, Little Black Ants, Carpenter Ants, Odorous House Ants, Crazy Ants, and Fire Ants - However, many other species exist!









