Mathew K. Higbee (Texas State Bar No. 24076924)
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste. 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6559 Facsimile
mhigbee@higbeeassociates.com

*Attorney for Plaintiff,*
ALEXANDER WILD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ALEXANDER WILD,<br><br>               Plaintiff,<br><br>v.<br><br>INNOVA SUPPLY INC d/b/a SOLUTIONS PEST AND LAWN; and DOES 1 through 10 inclusive,<br><br>               Defendants. | Case No.<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

Plaintiff, Alexander Wild, by and through his undersigned counsel hereby discloses the following interested parties and corporations that may have a financial interest in the outcome of this case:

1. Alexander Wild, *Plaintiff;*

2. ImageRights International Inc., *Intellectual Property Management Firm for Plaintiff;*

/ / /

These representations are made to enable judges of this Court to evaluate possible disqualifications or recusal.

Plaintiff reserves the right to amend, correct and update this Disclosure Statement throughout the pendency of this action.

Dated: February 2, 2018                                   Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee Esq.
Texas State Bar No. 24076924
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8349
(714) 597-6559 Facsimile
*Attorney for Plaintiff*